118 A.3d 384

**Thomas McDONOUGH, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA, Respondent.**

**No. 51 EM 2015.**

Supreme Court of Pennsylvania.

June 29, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Application for an Immediate Hearing and the Petition for Writ of Mandamus are **DENIED.**